

Same case below, 432 Fed. Appx. 490.

Same case below, 437 Fed. Appx. 327.

**No. 11-7228. Luis Gonzalez, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 858, 181 L. Ed. 2d 559, 2011 U.S. LEXIS 8898.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 433 Fed. Appx. 24.

**No. 11-7254. Eric Lavaughn Johnson, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 859, 181 L. Ed. 2d 559, 2011 U.S. LEXIS 8954.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 434 Fed. Appx. 159.

**No. 11-7239. Katina Rochelle Candrick, aka Katina Lofton, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 858, 181 L. Ed. 2d 559, 2011 U.S. LEXIS 8892.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 435 Fed. Appx. 404.

**No. 11-7256. Geary Wayne Waters, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 859, 181 L. Ed. 2d 559, 2011 U.S. LEXIS 8966.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 648 F.3d 1114.

**No. 11-7240. Daniel Cavazos-Reyes, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 858, 181 L. Ed. 2d 559, 2011 U.S. LEXIS 8934.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 435 Fed. Appx. 402.

**No. 11-7258. Jamar Arnold Barrett, Petitioner v. Pennsylvania.**

565 U.S. 1098, 132 S. Ct. 859, 181 L. Ed. 2d 559, 2011 U.S. LEXIS 8889.

December 12, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Pittsburgh Office, denied.

Same case below, 15 A.3d 520.

**No. 11-7253. Jorge Leyva-Orozco, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 858, 181 L. Ed. 2d 559, 2011 U.S. LEXIS 9015.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7259. John Thomas Bolen, Petitioner v. United States.**

565 U.S. 1098, 132 S. Ct. 859, 181 L. Ed. 2d 559, 2011 U.S. LEXIS 8928.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.